IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARKANSAS PAINTING &
SPECIALTIES, INC.                                                                    PLAINTIFF

v.                             No. 4:14-cv-587-DPM

USA and INTERNAL REVENUE SERVICE                          DEFENDANTS

AGREED ORDER

The parties have agreed to settle this action on these terms:

- The United States has conceded that $41,625.86 of Form 941 tax assessed for December 31, 2008, should be abated and that penalties should be reduced by $30,063.26, to reflect federal tax deposits made during those periods, and that those amounts, plus interest in the amount of $11,139.57, should be refunded to Arkansas Painting & Specialties, Inc.

- Arkansas Painting & Specialties acknowledges it has now received checks from the United States equal to the above total amount, $82,828.69.

- Arkansas Painting & Specialties has agreed to dismiss its remaining claims with prejudice.

The Court approves the parties' settlement. This action will be dismissed with prejudice with each side to bear its own costs and fees.

So Ordered.

*D.P. Marshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

  11 May 2016          
_____