IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARKANSAS PAINTING &
SPECIALTIES, INC.                                                      PLAINTIFF

v.                          No. 4:14-cv-587-DPM

USA and INTERNAL REVENUE SERVICE                    DEFENDANTS

JUDGMENT

The amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

 11 May 2016